**201745161 - CLAY, ANTHONY J vs. LAIRSON, ORVALEE DONALD (Court 234)**

Chronological History (non-financial)    Print All

| Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties |
| Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images |

\* Note: Only non-confidential public civil/criminal documents are available to the Public. All non-confidential Civil documents are imaged. In Family Cases, select non-confidential documents and all e-filings are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). In Criminal Cases, select non-confidential documents are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). If the case or Civil document you are looking for is not available and should be, please click here to notify Customer Service.
You may print and save uncertified copies of documents from the preview window.

Purchase Order ( 0 documents )

Print List

| Image No. | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|---|
| 75839656 | Plaintiffs' Original Petition & Request For Disclosure | | | 07/07/2017 | 6 | Add to Basket |
| -> 75839657 | Civil Case Information Sheet | | | 07/07/2017 | 2 | Add to Basket |
| -> 75839658 | Civil Process Request | | | 07/07/2017 | 2 | Add to Basket |

[WS6]

CIVIL PROCESS REQUEST FORM

7/7/2017 8:49:02 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 18072856
By: KITCHENS, JUSTIN R
Filed: 7/7/2017 8:49:02 PM

2017-45161 / Court: 234

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): **Plaintiffs' Original Petition and Request for Disclosure**

**FILE DATE OF MOTION:** July 7, 2017
                          Month/  Day/  Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. **NAME:** Orvalee Donald Lairson

   **ADDRESS:** 125 E. 11th Steet, Austin, Texas 78701

   **AGENT:** Chairman of the Texas Transportation Commission

   **SERVICE BY** (check one):
   ☐ **ATTORNEY PICK-UP**                 ☐ **CONSTABLE**
   ☒ **CIVIL PROCESS SERVER** -   Authorized Person to Pick-up: **Your Eye Investigation-Box 253, 832-881-6754**
   ☐ **MAIL**                 ☐ _____ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
      Type of Publication:     ☐ **COURTHOUSE DOOR,** or
                               ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

   *********************************************************************************

2. **NAME:** Cat & Sons Transportation LLC

   **ADDRESS:** **1019 Brazos Street, Austin, Texas 78701**

   **AGENT:** Secretary of the State of Texas

   **SERVICE BY** (check one):
   ☐ **ATTORNEY PICK-UP**                 ☐ **CONSTABLE**
   ☒ **CIVIL PROCESS SERVER** -   Authorized Person to Pick-up: **Your Eye Investigation-Box 253, 832-881-6754**
   ☐ **MAIL**                 ☐ _____ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
      Type of Publication:     ☐ **COURTHOUSE DOOR,** or
                               ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
**NAME:** **Clyde J. Moore** TEXAS BAR NO./ID NO. **14323690**
**MAILING ADDRESS:** **6001 Savoy Drive, Suite 303, Houston, Texas 77036**
**PHONE NUMBER:** **713-953-9009**   **FAX NUMBER:**   **713-953-9049**
                   area code        phone number                             area code    fax number
**EMAIL ADDRESS:** becky@attycjmoore.com

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

| | |
|---|---|
| ORIGINAL PETITION | NON WRIT: |
| _____ AMENDED PETITION | CITATION |
| _____ SUPPLEMENTAL PETITION | ALIAS CITATION |
| | PLURIES CITATION |
| | SECRETARY OF STATE CITATION |
| COUNTERCLAIM | COMMISSIONER OF INSURANCE |
| _____ AMENDED COUNTERCLAIM | HIGHWAY COMMISSIONER |
| _____ SUPPLEMENTAL COUNTERCLAIM | CITATION BY PUBLICATION |
| | NOTICE |
| | SHORT FORM NOTICE |
| CROSS-ACTION: | |
| _____ AMENDED CROSS-ACTION | PRECEPT (SHOW CAUSE) |
| _____ SUPPLEMENTAL CROSS-ACTION | RULE 106 SERVICE |
| | |
| THIRD-PARTY PETITION: | SUBPOENA |
| _____ AMENDED THIRD-PARTY PETITION | |
| _____ SUPPLEMENTAL THIRD-PARTY PETITION | WRITS: |
| | ATTACHMENT (PROPERTY) |
| INTERVENTION: | ATTACHMENT (WITNESS) |
| _____ AMENDED INTERVENTION | ATTACHMENT (PERSON) |
| _____ SUPPLEMENTAL INTERVENTION | |
| | |
| INTERPLEADER | CERTIORARI |
| _____ AMENDED INTERPLEADER | |
| _____ SUPPLEMENTAL INTERPLEADER | EXECUTION |
| | EXECUTION AND ORDER OF SALE |
| | |
| | GARNISHMENT BEFORE JUDGMENT |
| INJUNCTION | GARNISHMENT AFTER JUDGMENT |
| MOTION TO MODIFY | |
| SHOW CAUSE ORDER | HABEAS CORPUS |
| TEMPORARY RESTRAINING ORDER | INJUNCTION |
| | TEMPORARY RESTRAINING ORDER |
| | |
| | PROTECTIVE ORDER (FAMILY CODE) |
| | PROTECTIVE ORDER (CIVIL CODE) |
| | |
| BILL OF DISCOVERY: | |
| ORDER TO: _____ | POSSESSION (PERSON) |
| (specify) | POSSESSION (PROPERTY) |
| MOTION TO: _____ | |
| (specify) | |
| | SCIRE FACIAS |
| | SEQUESTRATION |
| | SUPERSEDEAS |

CIVIL CASE INFORMATION SHEET

**2017-45161 / Court: 234**

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____    COURT *(FOR CLERK USE ONLY)*: _____

7/7/2017 8:49:02 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 18072856
By: KITCHENS, JUSTIN R
Filed: 7/7/2017 8:49:02 PM

STYLED **ANTHONY CLAY, JAOPSAN JADRIAN DEVILLE, AND JIMMIE LOWERY VS. ORVALEE DONALD LAIRSON, AND CAT & SONS TRANSPORTATION LLC**
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Clyde J. Moore<br><br>Address:<br>6001 Savoy Dr., Ste. 303<br><br>City/State/Zip:<br>Houston, TX 77036<br><br>Signature: | Email:<br>attycjmoore@yahoo.com<br><br>Telephone:<br>713-953-9009<br><br>Fax:<br>713-953-9049<br><br>State Bar No:<br>14323690 | Plaintiff(s)/Petitioner(s):<br>Anthony Clay<br>Jaopsan Jadrian Deville<br>Jimmie Lowery<br><br>Defendant(s)/Respondent(s):<br>Orvalee Donald Lairson<br>Cat & Sons Transportation LLC<br><br>[Attach additional page as necessary to list all parties] | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: ____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional Liability:<br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/ Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus— Pre-indictment<br>☐Other: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><br>**Other Family Law**<br>☐Enforce Foreign Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities of Minority<br>☐Other: | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental Rights<br>☐Other Parent-Child: |
| **Employment** | | **Other Civil** | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: ____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100,000 but not more than $200,000
- ☒ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

Rev 2/13



7/7/2017 8:49 PM
Chris Daniel - District Clerk Harris County
Envelope No. 18072856
By: Justin Kitchens
Filed: 7/7/2017 8:49 PM

**2017-45161 / Court: 234**

CAUSE NO. _____

| | | |
|---|---|---|
| ANTHONY CLAY, JAOPSAN JADRIAN DEVILLE, AND JIMMIE LOWERY<br>*Plaintiffs,* | § § § § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, T E X A S |
| ORVALEE DONALD LAIRSON, AND CAT & SONS TRANSPORTATION LLC<br>*Defendants.* | § § § § | _____ JUDICIAL DISTRICT |

### PLAINTIFFS' ORIGINAL PETITION & REQUEST FOR DISCLOSURE

COMES NOW ANTHONY CLAY, JAOPSAN JADRIAN DEVILLE, AND JIMMIE LOWERY, Plaintiffs, complaining of ORVALEE DONALD LAIRSON, AND CAT & SONS TRANSPORTATION LLC, Defendants, and for cause of action shows:

### A. APPLICABLE DISCOVERY CONTROL PLAN

1. Pursuant to Rule 47, Texas Rules of Civil Procedure, Plaintiffs pleads that the damages in this cause exceed $200,000.00, but are not expected to exceed $1,000,000.00. Further, pursuant Rule 190.3, TRCP, discovery in this case will be conducted under a Level 2 Discovery Control Plan.

### B. PARTIES

2. Plaintiff, ANTHONY CLAY, is an individual and a resident of Houston, Harris County, Texas.

3. Plaintiff, JAOPSAN JADRIAN DEVILLE, is an individual and a resident of Houston, Harris County, Texas.

4. Plaintiff, JIMMIE LOWERY, is an individual and a resident of Houston, Harris

County, Texas.

5. Defendant, ORVALEE DONALD LAIRSON, is an individual who is a non-resident of Texas whose home address is **9350 North 67th, Apartment Unit 163, Glendale, Arizona 85302.** He may be served with process by serving the Chairman of the Texas Transportation commission at 125th E. 11th Street, Austin, Texas 78701, as Defendant's agent for service because Defendant was a party to a collision or accident while operating a motor vehicle in Texas.

6. Defendant, CAT & SONS TRANSPORTATION LLC, is a foreign corporation organized and existing under the laws of the State of Arizona, whose principal office is located at 6623 N. 67th Avenue, Glendale, Arizona 85301, and may be served with process by serving the Texas Secretary of State of Texas at 1019 Brazos Street, Austin, Texas 78701, as its agent for service because Defendant engages in business in Texas but does not maintain a regular place of business in Texas or a designated agent for service of process and this suit arose from Defendants' business in Texas.

## C. VENUE AND JURISDICTION

7. Venue is proper in Harris County, Texas, because all or a substantial part of the events or omissions occurred in Harris County, Texas.

8. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Court.

## D. FACTS

9. This lawsuit results from an automobile accident which occurred on July 9, 2015 at the 800 block of North Loop East, Harris County, Texas.

10. Plaintiff, ANTHONY CLAY, was the driver of a 2007 tan Chevrolet Impala vehicle, traveling westbound in the 4th lane of the North Loop East. Plaintiffs JAOPSAN JADRIAN DEVILLE, and JIMMIE LOWERY were passengers in the vehicle being driven by Plaintiff ANTHONY CLAY.

11. At the same time and place, Defendant, ORVALEE DONALDSON LAIRSON, was the driver of a 2005 red Peterbuilt, owned by Defendant, CAT & SONS TRANSPORTATION LLC, traveling westbound in the 800 block of the North Loop East.

12. Defendant, ORVALEE DONALDSON LAIRSON, lost control of his vehicle while driving at an excessive rate of speed and violently and unexpectedly crashed into the rear of Plaintiff's vehicle.

13. The police officer who investigated the accident also determined that Defendant driver contributed to causing the accident.

14. This accident caused serious, painful and debilitating injuries to Plaintiffs, ANTHONY CLAY, JAOPSAN JADRIAN DEVILLE, and JIMMIE LOWERY, as well as property damage.

### E. *RESPONDEAT SUPERIOR*

15. At all times relevant hereto, ORVALEE DONALDSON LAIRSON, was acting in the course and scope of his employment with Defendant, CAT & SONS TRANSPORTATION LLC.

### F. NEGLIGENCE OF ORVALEE DONALDSON LAIRSON

16. At the time of the accident, Defendant was operating his vehicle negligently. Defendant's negligence was the proximate cause of Plaintiff's injuries. Defendant had a duty to exercise ordinary care and operate his vehicle reasonably and prudently. Defendant breached that duty in one or more of the following ways:

a. In failing to control speed;

b. In failing to keep a proper lookout;

c. In failing to make a proper and/or timely application of the brakes;

  d. In failing to turn Defendant's vehicle to the right or the left to avoid the collision in question;

  e. In operating a motor-vehicle at an unreasonable rate of speed;

  f. In failing to maintain a single lane.

### G. NEGLIGENCE *PER SE* OF ORVALEE DONALDSON LAIRSON

17. Defendant's conduct was negligence *per se* because Defendant breached a duty imposed by statute. Defendant's breach caused Plaintiff's injuries. Specifically, Defendant breached the duty imposed by statute by:

  a. An operator shall, if following another vehicle, maintain an assured clear distance between the two vehicles, so that, considering the speed of the vehicles, traffic, and the conditions of the highway, the operator can safely stop without colliding with the preceding vehicle or veering into another vehicle. *Tex. Transp. Code* §545.062(a); and

  b. An operator on a roadway divided into two or more clearly marked lanes of traffic: (1) shall drive as nearly as practical entirely within a single lane; and (2) may not move from the lane unless that movement can be made safely; *Tex. Transp. Code § 545.060.*

### H. NEGLIGENCE OF DEFENDANT CAT & SONS TRANSPORTATION LLC

18. Plaintiff would show that Defendant, CAT & SONS TRANSPORTATION LLC., was negligent and negligent *per se* at the time of the accident described above. Plaintiff would show that Defendant, ORVALEE DONALDSON LAIRSON, was an agent, servant and/or employee of CAT & SONS TRANSPORTATION LLC., and was acting within the course and scope of his employment as such agent, servant and/or employee when the accident made the basis of this suit occurred. As such, Defendant, CAT & SONS TRANSPORTATION LLC, is liable for the negligence and negligence per se of Defendant, ORVALEE DONALDSON LAIRSON, under the theory of *respondeat superior.*

## I. MISNOMER/ALTER EGO

19. In the event any parties are misnamed or are not included herein, it is Plaintiffs' contention that such was a "misidentification", "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiffs contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

## J. PRE-EXISTING CONDITIONS

20. In the alternative, Plaintiffs would show that if any injury and/or condition from which they currently suffers was pre-existing, then such condition was aggravated, exacerbated and/or made worse by the negligence of the Defendants herein.

## K. SUBSEQUENT CONDITION

21. In the alternative, Plaintiffs would show that if they suffer from any subsequent injury and/or condition, then such injury and/or condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

## L. U.S. LIFE TABLES

22. Plaintiffs hereby notify the Defendants of their intent to use U.S. Life Tables as published by the U.S. Government in the trial of this matter.

## M. DAMAGES

23. As a direct and proximate result of defendant's negligence, Plaintiffs suffered severe and painful injuries. As a result of Plaintiffs' injuries, Plaintiffs suffered the following damages, which are within the jurisdictional limits of this Court:

      a. Physical pain in the past, present and future;

      b. Mental anguish in the past, present and future;

      c. Medical expenses in the past, present and future;

    d.    Physical impairment in the past, present and future; and

    e.    Physical disfigurement;

### N. REQUEST FOR DISCLOSURE

24.    Under Texas Rules of Civil Procedure 194, Plaintiffs request that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2

### O. PRAYER

WHEREFORE, Plaintiffs ask that Defendants be cited to appear and answer, and on final trial, that Plaintiffs have judgment against Defendants for:

    a.    Actual damages resulting from the accident in question;

    b.    Pre-judgment and post-judgment interest at the highest legal rate;

    c.    Costs of suit; and

    d.    All other relief the Court deems appropriate.

Respectfully submitted,

**CLYDE J. MOORE, P.C.**

By:    */s/Clyde J. Moore*
          Clyde J. Moore
          State Bar No. 14323690
          6001 Savoy, Ste. 303
          Houston, Texas 77036
          TEL: (713) 953-9009
          FAX: (713) 953-9049
          attycjmoore@yahoo.com

**ATTORNEY FOR PLAINTIFFS,
ANTHONY CLAY, JAOPSAN
JADRIAN DEVILLE, AND
JIMMIE LOWERY**

Unofficial Copy Office of Chris Daniel District Clerk