IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY CLAY, <br> JAOPSAN JADRIAN DEVILLE, <br> AND JIMMIE LOWERY | § <br> § <br> § <br> § | |
| VS. | § <br> § | CIVIL ACTION NO. _____ |
| ORVALEE DONALD LAIRSON, AND <br> CAT & SONS TRANSPORTATION LLC | § <br> § | JURY TRIAL REQUESTED |

## DEFENDANTS ORVALEE DONALD LAIRSON AND CAT AND SONS TRANSPORTATION LLC'S LIST OF PARTIES, ATTORNEYS, AND COURT FROM WHICH CASE IS BEING REMOVED

TO THE HONORABLE UNITED STATES DISTRICT COURT:

**Plaintiffs:** ANTHONY CLAY, JAOPSAN JADRIAN DEVILLE, and JIMMIE LOWERY

**Counsel for Plaintiffs:** Clyde J. Moore
State Bar No. 14323690
Clyde J. Moore, P.C.
6001 Savoy, Suite 303
Houston, Texas 77036
Telephone: (713) 953-9009
Facsimile: (713) 953-9049
Email: attycjmoore@yahoo.com

**Defendants:** CAT AND SONS TRANSPORTATION LLC
AND ORVALEE D. LAIRSON

**Counsel for Defendant:** Robert L. Ramey
State Bar No. 16498200
Southern District No. 5535
Ramey, Chandler, Quinn & Zito, P.C.
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064
Email: rlr@ramey-chandler.com

      **Court from which case is being removed:**    **Judge Wesley Ward**
    **234th District Court**
    **201 Caroline, 13th Floor**
    **Houston, Texas 77002**
    **Telephone: (832) 927-2234**

Respectfully submitted,

**RAMEY, CHANDLER, QUINN & ZITO, P.C.**

_____
Robert L. Ramey
State Bar No. 16498200
Southern District No. 5535
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064
Email: rlr@ramey-chandler.com
**ATTORNEYS FOR DEFENDANTS,
ORVALEE DONALD LAIRSON AND
CAT AND SONS TRANSPORTATION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of ***Defendants' List of Parties, Attorneys, and Court from which Case is Being Removed*** has been served upon all counsel of record, in accordance with the rules on this ___11___ day August, 2017.

Clyde J. Moore                                     *Facsimile: (713) 953-9049*
Clyde J. Moore, P.C.
6001 Savoy, Suite 303
Houston, Texas 77036

_____
Robert L. Ramey